IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RYAN STEVEN FAULKENBERRY,

    Plaintiff,

v.                                        CASE NO. 5:12-cv-105-MP-GRJ

WARDEN J. ELLIS, et al.,

    Defendants.

_____/

## ORDER

This matter is before the Court on Plaintiff's letter motion for an extension of time to amend his complaint. (Doc. 8.) On April 23, 2012 the Court ordered Plaintiff to amend his complaint to provide further information with respect to two individual Defendants at Graceville Correction Institution Plaintiff identified as Jane Doe and John Doe. (Doc. 5.) Plaintiff states he has identified Defendant Jane Doe, but he needs further time in order to go through Florida Department of Corrections policies and procedures in order to identify Defendant John Doe. Accordingly, Plaintiff requests a 60 day extension of time to amend his complaint.

Accordingly, it is hereby **ORDERED** that:

1. Plaintiff's request for an extension of time (Doc. 8) is **GRANTED.**

2. Plaintiff shall file his amended complaint, together with an identical copy of the amended complaint for each Defendant, **on or before July 10, 2012.**

3. Failure to comply with this order within the allotted time, or to show cause why Plaintiff is unable to comply, will result in a recommendation to the district judge that the case be dismissed without further notice for failure to

prosecute or for failure to follow a Court order.

**DONE AND ORDERED** this 8th day of May 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge