IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RYAN STEVEN FAULKENBERRY,

    Plaintiff,

v.                                    CASE NO. 5:12-cv-105-MP-GRJ

WARDEN J. ELLIS, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On April 23, 2012, the Court entered orders granting Plaintiff's motion to proceed *in forma pauperis* and directing Plaintiff to file an amended complaint by May 11, 2012 to provide additional detail regarding two John Doe defendants. (Docs. 5, 6.) On May 8, 2012, the Court granted the Plaintiff's letter motion for an extension of time to amend the complaint, and ordered that the amended complaint be filed by July 10, 2012. (Doc. 9.) Plaintiff failed to file an amended complaint as directed and, accordingly, on July 18, 2012 the Court entered an order to show cause directing Plaintiff to show cause by August 1, 2012 as to why this case should not dismissed for failure to obey a directive of the Court and failure to prosecute. (Doc. 10.) Plaintiff was advised in the Court's order to show cause that failure to comply would result in a recommendation to the district judge that this case be dismissed. As of the date of this report and recommendation, Plaintiff has failed to respond to the show cause order and has not filed any papers in this case since May 7, 2012.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for

failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 13th day of August, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**